## IN THE SOUTHERN DISTRICT COURT FOR THE STATE OF IOWA

| | |
|---|---|
| Iowa Steak Company, L.C.,<br>    Plaintiff,<br>vs.<br><br>United States,<br>    Defendant. | Case No.<br><br><br>COMPLAINT |

**COMES NOW**, Plaintiff, Iowa Steak Company, L.C., by and through counsel, in support of its Complaint and states the following:

Facts

1. Plaintiff first applied for authorization to participate in Supplemental Nutrition Assistance Program (SNAP) on June 25, 2019.

2. Plaintiff's application was denied by the United States Department of Agriculture, Food and Nutrition Service (hereinafter "Agency") on August 8, 2019.

3. The Agency's cause for denial is based on 7 C.F.R. § 278.1, which states in relevant part, "The filing of any application containing false or misleading information may result in the denial of approval for participation in the program…"

4. Specifically, the Agency alleges that Plaintiff failed to inform that Agency that while there have been no issues with Iowa Steak Company and its participation with SNAP benefits in Iowa, participation in SNAP benefits had been revoked for Iowa Steak Company in Washington and Ohio several years ago.

5. Plaintiff did not report this incident on the application because he did not feel it was relevant since the privilege had been revoked in other states due to the actions of independent contractors rather than any agent of the business.

    6. Further, these circumstances have failed to preclude Iowa Steak Company located in Iowa from being granted renewal of their participation with SNAP benefits for the last several years.

    7. Plaintiff argued his case unsuccessfully in two phone conversations with the Retailer Operations Division of the Agency on August 13, 2019, and August 21, 2019.

    6. Plaintiff received a letter from the Retailer Operations Division of the Agency on August 22, 2019 that informed him that his business had been permanently disqualified from participation in SNAP.

    7. Plaintiff appealed this decision on August 30, 2019.

    8. Plaintiff received the Agency's final decision on January 29, 2020.

    9. Plaintiff's final remedy is to file a Complaint in the United States District Court of the state in which Plaintiff resides or is doing business. This Complaint must be filed within thirty (30) days of the receipt of the final decision.

<u>Argument</u>

    12. Plaintiff contends that the Agency's decision should be reversed for several reasons, namely:

        a. The Iowa branch of Iowa Steak Company has been successfully applying to participate in SNAP since 1999. If the denial in Ohio and Washington were problematic for the Iowa company's benefits, it should have been noted by the Agency before this decision.

        b. Any and all denials of SNAP benefits in Washington and Ohio were under different FNS numbers and were stated to have been state and store specific. Therefore, those denials should not affect the Iowa store.

    c. Further, it was found in the FNS investigations from Washington and Ohio that the disqualifications were due to the actions of independent contractors, rather than the owner or an employee of Iowa Steak Company.

  13. Finally, Plaintiff failed to report these denials to the USDA because he did not deem them relevant to the Iowa store's application since there had been no previous issues with applications, and because the previous denials were not caused by his actions.

  **WHEREFORE**, Plaintiff requests that this Court reverse the Agency's decision, and reinstate Iowa Steak Company's participation in the SNAP program.

                  Respectfully Submitted,

                  /s/ Julia A. Ofenbakh_____
Julia A. Ofenbakh, AT0010124
IOWA DEFENDERS, PLLC
2183 86th Street, Suite C
Clive, Iowa 50325
Phone: (515) 868-0088
Facsimile: (515) 963-5370
Email: julia@iowadefenders.com
ATTORNEY FOR PLAINTIFF